DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 004P14 | State v. Raymond Dakim Harris Joiner | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Preparation of Stenographic Transcript | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Set Aside Judgment | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 4. Allowed |
| 005A14 | State v. Glenn Edward Benters | 1. State's Motion for Temporary Stay (COA13-305) | 1. Allowed **01/07/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed 01/07/2014 |
| | | 3. State's Notice of Appeal Based Upon a Dissent | 3. --- |
| 016P14 | State v. Richard Stephen Burcham | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 017P14 | State v. Michael Wayne Burton | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA12-354) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 020P14 | State v. Richard L. Elliot | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **01/17/2014** |
| 085P13 | Jemm, Inc. v. Charles C. Crawford, III, Robert A. Wolcott, and Jason A. Desiato | Def's (Crawford) PDR Under N.C.G.S. § 7A-31 (COA12-683) | Denied |